03-15-00211-CV

**NO. 013-15-00211-CV**

FILED
June 8, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

IN THE
THIRD COURT OF APPEALS
COMAL COUNTY, TEXAS

APPELLANT

Douglas W. Kirk

APPELLEE

Plano Independent School District, et al



RECEIVED
JUN 08 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

**MOTION TO EXTEND TIME FOR FILING RECORD**

Douglas W. Kirk, Appellant, makes this Motion To Extend Time for filing the Appellant's Brief on the Merits in this cause.

1. This Appeal arises out of a proceeding in the District Court for the 22nd Judicial District, Comal County, entitled: C2014-0085C, Douglas W. Kirk v. Plano Independent School District; Nancy Humphrey, Individually and in her Official Capacity as President of the Board of Trustees of the Plano Independent School District; Anika Vaughan, Individually and in her Official Capacity as Teacher for Plano, and numbered.

2. The time limit for filing Appellant's Brief on the Merits goes to June 11, 2015.

3. The brief is due on or before June 11, 2015. However Appellant Douglas W. Kirk (*pro se*) requests an extension to file this brief for the following reasons:

- 1-

a. Appellant has a long standing tradition (29.5 years) of operating a family retail fireworks business which is legally open June 24 - July 4, 10 am to midnight, but requires three weeks prior to opening and one week after closing for ordering and receiving stock, preparing two retail locations (cleaning, cutting grass, setting up signs, lights, flags) and conducting break-down procedures including inventory, destocking and removal of lights, flags and signs. This is an extremely productive time which contributes to the Texas economy and State and local Sales Tax.

b. Appellant is also employed fulltime as the editor and publisher of two weekly community newspapers.

c. Appellant is a *pro se* litigant and as they say, has a fool for an attorney.

d. Appellant is diligently attempting to prepare a cogent brief.

4. There have been no previous requests for extension of time.

5. Appellant requests that:

a. The clerk of this court give notice of this motion to appellee.

b. The court grant appellant's motion.

c. This court extend the time for filing the Appellant's Brief on the Merits until August 11, 2015 (60 Days).

6. Appellant contacted Appellee's Attorney Stephen R. Marsh and on June 2, 2015, Mr. Marsh wrote: "I have no objection to your request for an extension."

Respectfully Submitted,

By _Douglas W. Kirk_

Douglas Kirk, pro se
Appellant
1850 Old Sattler Road
Canyon Lake, Texas 78132
Telephone: (830) 237-7313

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading or document has been served on all attorneys of record and any parties who are not represented by an attorney on June 3, 2015.

**Counsel:**
Stephen R. Marsh
Texas State Bar No. 13019700
David Klosterboer & Associates
1301 East Collins Boulevard
Suite 490
Richardson, TX 75081
Telephone: (214) 570-6292

Via U.S. Mail, Certified Return Receipt Requested, No. _7013 2630 0002 1383 8169_

_Douglas W. Kirk_

Douglas Kirk, *pro se*

- 3 -

# AFFIDAVIT

**State of Texas**
**County of Comal**

BEFORE ME, on this day personally appeared Douglas W. Kirk, known to me to be a credible person, competent in all respects, to make this Affidavit, and who, being by me duly sworn, upon his oath, deposed and stated as follows:

The Affiant is the *pro se* litigant and Appellant in this cause, who has read the above and foregoing Motion to Extend Time For Filing Record; and that every statement contained in this Affidavit is within his personal knowledge and true and correct.

_____
Affiant

Subscribed and sworn to be before me on _____JUNE 3_____, 2015 by

__DOUGLAS KIRK__ .


_____
Signature of Officer

__WYLIE I. QUEEN__
Notary's typed or printed name

__5-23-16__
My commission expires

- 4 -

Mr. Douglas Kirk
1850 Old Sattler Rd.
New Braunfels, TX 78132



SAN ANTONIO TX 780
RIO GRANDE DISTRICT
03 JAN 2015 PM 2 L

ATTN: JEFFREY D. KYLE, CLERK
COURT OF APPEALS
THIRD DISTRICT OF TEXAS
PO BOX 12547
AUSTIN, TX 78711-2547

78711254747